# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BROOKS, | Case No. 2:24-cv-00679-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| DISTRICT ATTORNEY JOSHUA JUDD, et al., | |
| Respondents. | |

Petitioner Michael Brooks has submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.) However, Brooks has not properly commenced this action by either paying the standard $5.00 filing fee or filing a complete Application for Leave to Proceed *In Forma Pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. This Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP Application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Brooks has up to and including May 31, 2024, to either pay the $5 filing fee or file a complete IFP Application.

**IT IS THEREFORE ORDERED** that the initial screening of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred until such time as Brooks has fully complied with this Order.

**IT IS FURTHER ORDERED** that on or before May 31, 2024, Brooks must (1) file an IFP Application on the approved form with the three supporting documents listed above, or (2) pay the $5 filing fee. Brooks's failure to comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

**IT IS FURTHER ORDERED** that the Clerk of Court send Brooks one blank copy of the IFP Application form for inmates along with instructions.

Dated: April 8, 2024

_____
Gloria M. Navarro, Judge
United States District Court